616

Argued June 10, 1980. John L. Lachall, for appellant; Donald A. Mancini, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH, and VAN der VOORT, JJ.

Judgment of sentence and order affirmed.

429 A.2d 96

Commonwealth v. Williams, Appellant.

Argued March 18, 1980. Theodore Simon, for appellant. Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

429 A.2d 97

Commonwealth v. Williams, a/k/a Porter, Appellant.